# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Tate & Lyle Solutions Direct | 12/5/2022 | 266476 | Check | $ 97,971.16 |
| | | | | | $ 97,971.16 |